# United States Bankruptcy Court
## Northern District of California

In re    **Sonoma Vineyards Acquisition LLC**               ,

                               Debtor

Case No.    **11-13004**

Chapter             **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 3,500,000.00 | | |
| B - Personal Property | Yes | 3 | 320,203.54 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 2,750,893.79 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 53,821.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 159,120.79 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| Total Assets | | | 3,820,203.54 | | |
| Total Liabilities | | | | 2,963,835.58 | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

.

# United States Bankruptcy Court
## Northern District of California

In re    **Sonoma Vineyards Acquisition LLC** _____ ,     Case No. ____**11-13004**_____

   Debtor

Chapter _____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

In re   **Sonoma Vineyards Acquisition LLC**        ,    Case No.    **11-13004**

                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **5700 Hwy 116 N, Forestville, 12 + acres, approximately 6 acres planted, 1,800sqft restaurant building, 2,000sqft building (formerly used as winery). Purchased in October of 2009 for $3,000,000.** | **Fee** | - | 3,500,000.00 | 2,579,295.67 |

| | | |
|---|---|---|
| Sub-Total > | **3,500,000.00** | (Total of this page) |
| Total > | **3,500,000.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                   Best Case Bankruptcy

In re  **Sonoma Vineyards Acquisition LLC**  ,   Case No.  **11-13004**

                                 Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Redwood Credit Union Acct No. 11000000336520** | - | 0.00 |
| | | | **Redwood Credit Union Acct No. 11000000336527** | - | 0.00 |
| | | | **Redwood Credit Union Acct No. 11000000336528** | - | 100.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Workers Compensation, Liability, Property** | - | 0.00 |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **100.00**
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re    **Sonoma Vineyards Acquisition LLC**  ,   Case No.    **11-13004**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable** | **-** | **3,630.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    <b>3,630.00</b>
(Total of this page)

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

In re    **Sonoma Vineyards Acquisition LLC**        ,     Case No.    **11-13004**
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **20,000 case winery license with public tasting room and 160 seat restaurant** | - | **0.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **200 active club members** | - | **0.00** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **6 desks, 6 computers, 2 telephones, miscellaneous supplies** | - | **6,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Restaurant equipment** | - | **39,473.54** |
| 30. Inventory. | | **Bulk Wine ($65,000)** <br> **Case Goods (Owl Ridge - $186,000)** <br> **Case Goods (On site) - $17,000** | - | **268,000.00** |
| 31. Animals. | | **12 chickens** | - | **0.00** |
| 32. Crops - growing or harvested. Give particulars. | | **2 acres Merlot, 4 acres Pinot Noir, 2009 Harvest - 4 tons, 2010 Harvest - 0 tons** | - | **0.00** |
| 33. Farming equipment and implements. | | **1986 Tractor with attachments** | - | **3,000.00** |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > <br> (Total of this page) | **316,473.54** |
| Total > | **320,203.54** |

Sheet  **2**  of  **2**  continuation sheets attached
to the Schedule of Personal Property                    (Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                      Best Case Bankruptcy

In re     **Sonoma Vineyards Acquisition LLC**       Case No.    **11-13004**

,

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | August 3, 2011 | | | | | |
| Accurate Forklift, Inc c/o Mikel Bryan 550 Doyle Park Drive Santa Rosa, CA 95405 | X | - | Abstract of Judgment Instrument No. 2011065719 5700 Hwy 116 N, Forestville, 12 + acres, approximately 6 acres planted, 1,800sqft restaurant building, 2,000sqft building (formerly used as winery). Purchased in October of 2009 for $3,000,000. | | | | | |
| | | | Value $    3,500,000.00 | | | | 15,919.00 | 0.00 |
| Account No. | | | October 26, 2009 | | | | | |
| Bay Area Development 1801 Oakland Blvd, Suite 100 Walnut Creek, CA 94596 | X | - | Second Deed of Trust Instrument No 2009-103453 5700 Hwy 116 N, Forestville, 12 + acres, approximately 6 acres planted, 1,800sqft restaurant building, 2,000sqft building (formerly used as winery). Purchased in October of 2009 for $3,000,000. | | | | | |
| | | | Value $    3,500,000.00 | | | | 908,000.00 | 0.00 |
| Account No. | | | 2009 | | | | | |
| Devils Gulch POB 557 Nicasio, CA 94946 | | | Growers Lien Wine in bulk plus 35 cases bottled | | | | | |
| | | | Value $    14,000.00 | | | | 6,000.00 | 0.00 |
| Account No. | | | February 17, 2011 | | | | | |
| Economy Foods, Inc. dba Facciola Meat Co c/o Nathaniel L Dunn 165 Fell Street San Francisco, CA 94102 | X | - | Judgment Lien Instrument No. 2011-016039 5700 Hwy 116 N, Forestville, 12 + acres, approximately 6 acres planted, 1,800sqft restaurant building, 2,000sqft building (formerly used as winery). Purchased in October of 2009 for $3,000,000. | | | | | |
| | | | Value $    3,500,000.00 | | | | 5,923.00 | 0.00 |
|    **2**    continuation sheets attached | | | Subtotal (Total of this page) | | | | 935,842.00 | 0.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com       Best Case Bankruptcy

In re **Sonoma Vineyards Acquisition LLC** , Case No. **11-13004**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | May 14, 2011 State Tax Lien Instrument No. 2011-050375 | | | | | |
| Franchise Tax Board P.O. Box 2952 Sacramento, CA 95812-2952 | - | | 5700 Hwy 116 N, Forestville, 12 + acres, approximately 6 acres planted, 1,800sqft restaurant building, 2,000sqft building (formerly used as winery). Purchased in October of 2009 for $3,000,000. | | | | | |
| | | | Value $ 3,500,000.00 | | | | 3,453.67 | 0.00 |
| Account No. | | | 2009 | | | | | |
| Gary Venturi 6350 Central Ave Ukiah, CA 95482 | | | Grape Grower Wine in bulk plus 500 cases bottled | | | | | |
| | | | Value $ 125,000.00 | | | | 18,805.00 | 0.00 |
| Account No. | | | Third Deed of Trust Intrument No. 2009-103457 | | | | | |
| Jerry Topolos 1012 Chenery Street San Francisco, CA 94131 | - | | 5700 Hwy 116 N, Forestville, 12 + acres, approximately 6 acres planted, 1,800sqft restaurant building, 2,000sqft building (formerly used as winery). Purchased in October of 2009 for $3,000,000. | | | | | |
| | | | Value $ 3,500,000.00 | | | | 350,000.00 | 0.00 |
| Account No. | | | October 29, 2009 Fourth Deed of Trust Fourth Deed of Trust Instrument No. 2009-103458 | | | | | |
| Jerry Topolos 1012 Chenery Street San Francisco, CA 94131 | - | | 5700 Hwy 116 N, Forestville, 12 + acres, approximately 6 acres planted, 1,800sqft restaurant building, 2,000sqft building (formerly used as winery). Purchased in October of 2009 for $3,000,000. | | | | | |
| | | | Value $ 3,500,000.00 | | | | 80,000.00 | 0.00 |
| Account No. | | | 2009 | | | | | |
| Manchester Ridge LLC 3921 Alexander Street Napa, CA 94558 | | | Grape Grower 250 cases bottled | | | | | |
| | | | Value $ 90,000.00 | | | | 7,500.00 | 0.00 |

Sheet **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 459,758.67 | 0.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com  Best Case Bankruptcy

In re  **Sonoma Vineyards Acquisition LLC**                              ,  Case No.  **11-13004**
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Current | | | | | |
| Owl Ridge Wine Services P.O Box 1514 Sebastopol, CA 95473 | | | - | | Warehouseman Lien  All inventory at storage facility | | | | | |
| | | | | | Value $  390,000.00 | | | | 109,376.12 | 0.00 |
| Account No. | | | | | October 21, 2009 First Deed of Trust Instrument No 2009-103451 | | | | | |
| Redwood Credit Union P.O. Box 6104 Santa Rosa, CA 95406 | | X | - | | 5700 Hwy 116 N, Forestville, 12 + acres, approximately 6 acres planted, 1,800sqft restaurant building, 2,000sqft building (formerly used as winery). Purchased in October of 2009 for $3,000,000. | | | | | |
| | | | | | Value $  3,500,000.00 | | | | 1,150,000.00 | 0.00 |
| Account No. | | | | | 2010 - 2011 Real Property Taxes | | | | | |
| Sonoma County Tax Collector P.O. Box 3879 Santa Rosa, CA 95402 | | | - | | 5700 Hwy 116 N, Forestville, 12 + acres, approximately 6 acres planted, 1,800sqft restaurant building, 2,000sqft building (formerly used as winery). Purchased in October of 2009 for $3,000,000. | | | | | |
| | | | | | Value $  3,500,000.00 | | | | 66,000.00 | 0.00 |
| Account No. | | | | | 2009 | | | | | |
| Sunrise Farms 395 Liberty Rd Petaluma, CA 94952-8104 | | | | | Grape Grower  Wine in bulk plus 35 cases bottled | | | | | |
| | | | | | Value $  70,000.00 | | | | 27,000.00 | 0.00 |
| Account No. | | | | | 2009 | | | | | |
| Torres Vineyards LLC P.O. Box 382 Healdsburg, CA 95448 | | | | | Grape Grower  150 cases | | | | | |
| | | | | | Value $  40,000.00 | | | | 2,917.00 | 2,917.00 |

Sheet  **2**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 1,355,293.12 | 2,917.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 2,750,893.79 | 2,917.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

.

In re  **Sonoma Vineyards Acquisition LLC**                                    ,      Case No. ___**11-13004**___
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                     1    continuation sheets attached

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                 Best Case Bankruptcy

In re  **Sonoma Vineyards Acquisition LLC** , Case No. **11-13004**

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2010 | | | | | | |
| **Board of Equalization** P. O. Box 942879 Sacramento, CA 94279-6087 | - | | **Sales tax** | | | | | **9,000.00** | |
| | | | | | | | 46,821.00 | | 37,821.00 |
| Account No. | | | 2009 & 2010 | | | | | | |
| **Franchise Tax Board** P.O. Box 942857 Sacramento, CA 94257-0631 | - | | **Taxes** | | | | | **7,000.00** | |
| | | | | | | | 7,000.00 | | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **16,000.00** | |
| | 53,821.00 | 37,821.00 |
| Total (Report on Summary of Schedules) | **16,000.00** | |
| | 53,821.00 | 37,821.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re **Sonoma Vineyards Acquisition LLC** , Case No. **11-13004**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **101 Things To Do/ Seven26 Production** 121 North Main Street Sebastopol, CA 95472 | | - | **2009** **Advertising** | | | | 1,369.00 |
| Account No. **Alsco** 3311 Industrial Dr. Santa Rosa, CA 95403 | | - | **Linen Service** | | | | 1,640.79 |
| Account No. **Andy's Produce** P,O, Box 870 Sebastopol, CA 95473 | | - | **2011** **Produce** | | | | 1,646.00 |
| Account No. **Barbara Kreig** POB 14173 Santa Rosa, CA 95402 | | - | **Legal Services** | | | | 5,479.00 |

| | | Subtotal (Total of this page) | 10,134.79 |
|---|---|---|---|

__10__ continuation sheets attached

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com S/N:31183-110822   Best Case Bankruptcy

In re  **Sonoma Vineyards Acquisition LLC** ,  Case No.  **11-13004**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Purchasing Wine Bottles | | | | |
| **Bruni Glass Packaging** 4186 Park Road Benicia, CA 94510 | - | | | | | | | 2,042.00 |
| Account No. | | | | 2010 Construction | | | | |
| **Butler And Sons Construction** 5600 Hwy 116 Forestville, CA 95436 | - | | | | | | | 10,000.00 |
| Account No. | | | | 2010 Wine Making Supplies | | | | |
| **California Concentrate Co.** 18678 N. Hwy 99 Acampo, CA 95220 | - | | | | | | | 833.00 |
| Account No. | | | | 2010 Shipping | | | | |
| **California Wine Transport, Inc.** 930 McLaughlin Ave San Jose, CA 95122 | - | | | | | | | 806.00 |
| Account No. | | | | 2010 Dumpster Charges - Trash Removal | | | | |
| **Dei-Go Trucking** 973 High School Rd Sebastopol, CA 95472 | - | | | | | | | 1,754.00 |

Sheet no. __1__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **15,435.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re __Sonoma Vineyards Acquisition LLC_____,  Case No. ___11-13004_____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx0974** | | | | **Water Services** | | | | |
| **Division of Drinking Water and Enviromental Management Branch P. O. Box 997379 Sacramento, CA 95899-7379** | | - | | | | | | 800.00 |
| Account No. | | | | **Lawsuit** | | | | |
| **Duarte Nursery 1555 Baldwin Rd. Hughson, CA 95326** | | - | | | | | X | Unknown |
| Account No. | | | | **2010 Purchasing Wine Bottles** | | | | |
| **Encore Glass, Inc. 4345 Industrial Way Benicia, CA 94510** | | | | | | | | 17,023.00 |
| Account No. | | | | **2010 Landscaping Services** | | | | |
| **Gill Landscaping 9878 Mill Station Rd Sebastopol, CA 95472** | | - | | | | | | 4,126.00 |
| Account No. | | | | **2009 Attorney Services** | | | | |
| **Gordon, Feinblatt, Rothman, Hoffberger & 233 East Redwood St Baltimore, MD 21202** | | - | | | | | | 4,996.00 |

Sheet no. __2__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  |  26,945.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com  Best Case Bankruptcy

In re  **Sonoma Vineyards Acquisition LLC**                    ,      Case No.  **11-13004**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| **H.D.D. LLC dba Truett Hurst** **5610 Dry Creek Rd** **Healdsburg, CA 95448** | - | | Wine Purchaser | | | | 1,800.00 |
| Account No. | | | 2011 | | | | |
| **Hansen Transport, Inc** **P.O. Box 425** **Fulton, CA 95439** | - | | Shipping | | | | 458.00 |
| Account No. | | | 2009 | | | | |
| **Husch Vineyards** **P.O. Box 189** **Talmage, CA 95481** | - | | Wine Purchase | | | | 600.00 |
| Account No. | | | 2009 | | | | |
| **Jerry & Don's Yager Pump & Well Services** **P.O. Box 2689** **Petaluma, CA 94953-2689** | - | | Well & Water Services | | | | 13,970.00 |
| Account No. | | | 2010 | | | | |
| **JRB Event Services** **1150 Industrial Ave** **Suite J** **Petaluma, CA 94952** | - | | Equipment Rentals | | | | 1,088.00 |

Sheet no. __3__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,916.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re **Sonoma Vineyards Acquisition LLC** ,                    Case No. **11-13004**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 2009 Barrells | | | | |
| Kelvin Cooperage 145 Jordan St San Rafael, CA 94901 | - | | | | | | | | 4,530.00 |
| Account No. | | | | | 2010 Advertising | | | | |
| KRCB Public Broadcasting 5850 Labath Avenue Rohnert Park, CA 94928 | - | | | | | | | | 340.00 |
| Account No. | | | | | 2010 Advertising | | | | |
| Labrador Communications 162 Bouquet Circle Windsor, CA 95492 | - | | | | | | | | 939.00 |
| Account No. | | | | | 2009 Equipment | | | | |
| Ladco Leasing 555 St Charles Drive, Ste 200 Thousand Oaks, CA 91360 | - | | | | | | | | 660.00 |
| Account No. | | | | | 2010 Bottling Supplies | | | | |
| Lafitte Cork & Capsule 45 Executice Court Napa, CA 94558 | - | | | | | | | | 425.00 |

Sheet no. **4** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,894.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re **Sonoma Vineyards Acquisition LLC**                                      Case No. __11-13004__
                                                                  ,
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. | | | | | 2010 Bottling Supplies | | | | |
| Lightning Labels P.O Box 644276 Pittsburgh, PA 15264-4276 | - | | | | | | | | |
| | | | | | | | | | 1,296.00 |
| Account No. | | | | | 2010 Bottling Supplies | | | | |
| M.A. Silva 3433 Westwind Blvd Santa Rosa, CA 95403 | - | | | | | | | | |
| | | | | | | | | | 5,952.00 |
| Account No. | | | | | 2010 Advertising | | | | |
| Media Graphics 555 5th Street #240 Santa Rosa, CA 95401 | - | | | | | | | | |
| | | | | | | | | | 945.00 |
| Account No. | | | | | 2010 Advertising | | | | |
| North Bay Bohemian P.O Box 39000 Dept # 34476 San Francisco, CA 94139 | - | | | | | | | | |
| | | | | | | | | | 1,596.00 |
| Account No. | | | | | 2008 Restroom Facilities Rentals | | | | |
| North Bay Portables, Inc. P.O Box 7219 Santa Rosa, CA 95407 | - | | | | | | | | |
| | | | | | | | | | 682.00 |

Sheet no. __5__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) ............ **10,471.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

In re  **Sonoma Vineyards Acquisition LLC** ,   Case No.  __11-13004__
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**NorthBay Biz**<br>**3565 Airway Drive**<br>**Santa Rosa, CA 95403** | - | | 2010<br>Advertising | | | | 2,761.00 |
| Account No.<br><br>**Oneo Closures USA**<br>**P.O Box 8510**<br>**Metairie, LA 70011-8510** | - | | 2010<br>Bottling Supplies | | | | 2,131.00 |
| Account No.<br><br>**Paragon Label**<br>**3810 Cypress Drive**<br>**Petaluma, CA 94954** | - | | Labels | | | | 5,000.00 |
| Account No.<br><br>**Perry, Johnson, Anderson, Miller & Mosk.**<br>**PO Box 1028**<br>**Santa Rosa, CA 95402** | - | | 2009<br>Attorney Services | | | | 7,681.00 |
| Account No.<br><br>**Praxis Architects**<br>**P.O Box 291**<br>**Monte Rio, CA 95416** | - | | 2010<br>Architectural Services | | | | 4,323.00 |

Sheet no. __6__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **21,896.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy

In re __Sonoma Vineyards Acquisition LLC_____,    Case No. ____11-13004_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 2009 Barrells | | | | |
| ReCoop P.O Box 995 Sebastopol, CA 95473 | - | | | | | | | 4,107.00 |
| Account No. | | | | 2009 Purchase of an animal | | | | |
| Sonoma County Fair P.O Box 1536 Santa Rosa, CA 95402 | - | | | | | | | 876.00 |
| Account No. | | | | 2010 Advertising | | | | |
| Sonoma West Publishers, Inc. PO Box 521 Sebastopol, CA 95473-0521 | - | | | | | | | 607.00 |
| Account No. | | | | 2010 Advertising | | | | |
| Sonoma West/JB Sonoma Discoveries P.O. Box 518 Healdsburg, CA 95448 | - | | | | | | | 428.00 |
| Account No. | | | | 2010 Advertising | | | | |
| Spotlight's Wine County Guide 5 Kenilworth Court Novato, CA 94945-2612 | - | | | | | | | 2,575.00 |

Sheet no. __7___ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       8,593.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

In re   **Sonoma Vineyards Acquisition LLC** ,   Case No.   **11-13004**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Graphic Design | | | | |
| Studio M Graphic Design P.O. Box 14335 Santa Rosa, CA 95402 | | - | | | | | 2,860.00 |
| Account No. | | | 2010 Glass | | | | |
| Synergy Glass and Packaging 2360 Mendocino Avenue, A2 Santa Rosa, CA 95403 | | - | | | | | 6,000.00 |
| Account No. | | | 2010 Administration | | | | |
| The Compliance Connection 160 Wikiup Drive Suite 206 Santa Rosa, CA 95403 | | - | | | | | 1,313.00 |
| Account No. | | | 2010 Advertising | | | | |
| The Press Democrat P.O. Box 30067 Los Angeles, CA 90030-0067 | X | - | | | | | 1,817.00 |
| Account No. | | | Wine Barrells | | | | |
| Tonnellerie Sirugue c/o Francoise Gouges 2343 - 33rd Street Santa Monica, CA 90405 | | - | | | | | 9,000.00 |

Sheet no. __8__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**20,990.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy

In re    **Sonoma Vineyards Acquisition LLC**                                              ,    Case No.    **11-13004**
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | 2010 Equipment Rental | | | | |
| United Site Services P.O. Box 53267 Phoenix, AZ 85072-3267 | - | | | | | | | | 1,735.00 |
| Account No. | | | | | Restaurant Supplies | | | | |
| Village Bakery 1605 Fourth Street, Suite A Santa Rosa, CA 95404 | - | | | | | | | | 4,824.00 |
| Account No. | | | | | 2011 Bulk Wine Purchase | | | | |
| Weibel Inc. 1 Winemaster Way Lodi, CA 95240 | - | | | | | | | | 7,000.00 |
| Account No. | | | | | 2010 Security Services | | | | |
| Weinstein Security, Inc. 2906 McBride Lane Santa Rosa, CA 95403 | - | | | | | | | | 683.00 |
| Account No. | | | | | Notice Only | | | | |
| Willowbrook Cellars, LLC P.O. Box 1514 Sebastopol, CA 95473 | - | | | | | | | | 0.00 |

Sheet no. __9___ of __10___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**14,242.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                              Best Case Bankruptcy

In re **Sonoma Vineyards Acquisition LLC** , Case No. __11-13004__
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Wine Country Radio 3565 Standish Ave Santa Rosa, CA 95407** | - | | | **2010 Advertising** | | | | 496.00 |
| Account No. **Wine Country Shipping 7687 Bell Road Windsor, CA 95492** | - | | | **2008/2009/2010 Shipping** | | | | 5,108.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __10__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 5,604.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 159,120.79 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re  **Sonoma Vineyards Acquisition LLC**            Case No.    **11-13004**

                                 Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
| --- | --- |
| | |

**0**
    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Sonoma Vineyards Acquisition LLC**         ,     Case No.    **11-13004**

Debtor

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Christopher O'Neill**<br>**POB 920**<br>**Forestville, CA 95436** | **Accurate Forklift, Inc**<br>**c/o Mikel Bryan**<br>**550 Doyle Park Drive**<br>**Santa Rosa, CA 95405** |
| **Christopher O'Neill**<br>**POB 920**<br>**Forestville, CA 95436** | **Bay Area Development**<br>**1801 Oakland Blvd, Suite 100**<br>**Walnut Creek, CA 94596** |
| **Christopher O'Neill**<br>**POB 920**<br>**Forestville, CA 95436** | **Economy Foods, Inc. dba Facciola Meat Co**<br>**c/o Nathaniel L Dunn**<br>**165 Fell Street**<br>**San Francisco, CA 94102** |
| **Christopher O'Neill**<br>**POB 920**<br>**Forestville, CA 95436** | **Redwood Credit Union**<br>**P.O. Box 6104**<br>**Santa Rosa, CA 95406** |
| **Christopher O'Neill**<br>**POB 920**<br>**Forestville, CA 95436** | **The Press Democrat**<br>**P.O. Box 30067**<br>**Los Angeles, CA 90030-0067** |
| **Giovanni Balestreri**<br>**P. O. Box 920**<br>**Forestville, CA 95436** | **Economy Foods, Inc. dba Facciola Meat Co**<br>**c/o Nathaniel L Dunn**<br>**165 Fell Street**<br>**San Francisco, CA 94102** |
| **Giovanni Balestreri**<br>**P. O. Box 920**<br>**Forestville, CA 95436** | **The Press Democrat**<br>**P.O. Box 30067**<br>**Los Angeles, CA 90030-0067** |

**0**
    continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re   **Sonoma Vineyards Acquisition LLC**                 Case No.   **11-13004**
                                      Debtor(s)                 Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **24**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **September 2, 2011**             Signature   **/s/ Christopher O'Neill**
                                                     **Christopher O'Neill**
                                                     **Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.