Michael C. Fallon, SBN 088313
Attorney at Law
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
Facsimile: (707) 546-5775
mcfallon@fallonlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re                                                                  Case No. 11-13004

Sonoma Vineyards Acquisition, LLC            Chapter 11

       Debtor.
_____/

## STATUS CONFERENCE STATEMENT

      In November of 2008, the debtor took over the Russian River Vineyards, a property consisting of a restaurant and winery that had been closed for several months, through a lease option agreement. In January of 2009, the debtor operated the restaurant intermittently as it refurbished the property and developed its wine at a custom crush facility in Sebastopol while seeking out investors to acquire the property and develop the business. In August of 2009, within minutes of the debtor exercising its right to purchase, the investor who had agreed to assist with the purchase and to provide working capital and grapes for wine, pulled out of the transaction. Once the investor was gone the Exchange Bank followed by withdrawing its SBA guaranteed loan. In October of 2009, the purchase was consummated through an SBA guaranteed loan funded by the Redwood Credit Union. Underfunded and unable to either raise additional working capital or borrow money, the debtor operated its business using the credit extended by its vendors. When the vendors tired of waiting for payment, litigation was brought that threatened to close the business. The chapter 11 was filed to give the debtor the opportunity to restructure its debt.

      The first year of operation gross sales were $640,000, gross sales in the second year were $830,000, gross sale through September of 2011were $900,000 with projected gross sales

1

through the end of the end year in the range of 1.1 to 1.2 million dollars. With thirty full and part time employees the debtor expects the growth to continue such that the debtor should be profitable in 2012 and thereby in a position to fund a plan of reorganization.

The debtor, through Christopher O'Neill, its managing partner, has participated in the Initial Debtor Interview and the Meeting of Creditors. The debtor has complied with the rules established by the Office of the United States Trustee.

The debtor will have a plan on file by the end of the year; the debtor suggests a deadline of March 15, 2011, to confirm its plan.

Dated: October 1, 2011

                                          Respectfully submitted,

                                          /s/ *Michael C. Fallon*

                                          _____
                                          Michael C. Fallon
                                          Attorney for the Debtor